IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-MJ-254-KFP |
| | ) | |
| JAMES HEATH FAIRCLOTH | ) | |

**ORDER**

Upon consideration of the Government's Motion for Detention (Doc. 1), a detention hearing is set for **October 29, 2020, at 10:00 a.m. by video conferencing via ZoomGov Meeting**. At least five minutes before the start of the hearing, counsel should join the proceeding by logging into the Court's conference call line. A member of the undersigned's staff will email the attorneys for the parties with the meeting ID and password that must be entered to join the hearing. If a party experiences technical difficulties, that party should seek direction by calling chambers at (334) 954-3730 but only after first attempting to rejoin the call. Pending this hearing, the defendant will be held in custody of the U. S. Marshal and produced for the hearing.

DONE this 27th day of October, 2020.


/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE