IN THE UNITED STATES DISTRICT COURTFOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Cr. No. 2:20-mj-254-KFP |
| ) | |
| JAMES HEATH FAIRCLOTH | |

### MOTION TO WITHDRAW GOVERNMENT'S MOTION FOR DETENTION

COMES NOW the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and moves to withdraw the Motion for Detention (Doc. 1) filed October 26, 2020. After conferring with Probation, the United States is comfortable with Probation's position that there are sufficient safeguards in place for defendant's release.

Respectfully submitted this the 28th day of October, 2020.

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

/s/ Stephanie C. Billingslea
Stephanie C. Billingslea
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
(334) 223-7280
stephanie.billingslea@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:20-mj-254-KFP |
| ) | |
| JAMES HEATH FAIRCLOTH ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to counsel of record.

Respectfully submitted,

/s/ Stephanie C. Billingslea
Stephanie C. Billingslea
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
(334) 223-7280
stephanie.billingslea@usdoj.gov